UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HARVEY LEE PRESTON,

     Plaintiff,

v.

BERNANDINE GUTIERREZ, et al.

     Defendants.

Case No. 26-cv-11263

Honorable Robert J. White

## ORDER OF DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION

Harvey Lee Preston is currently incarcerated with the Michigan Department of Corrections at the Baraga Correctional Facility.  He commenced this *pro se* 42 U.S.C. § 1983 action against a private citizen, Bernandine Gutierrez, and GTL Financial Services, the company that processes fund deposits into prisoner trust accounts. Michigan Department of Corrections, Send a Prisoner Goods or Money, https://www.michigan.gov/corrections/for-families/send-a-prisoner-goods-or-money (last accessed Apr. 20, 2026).  The complaint appears to allege, among other things, that GTL is assisting Gutierrez with placing money into the trust accounts of unspecified inmates who are attempting to poison Preston through the prison water supply and during mealtimes. (ECF No. 1, PageID.6, 8, 16).  After reviewing the

complaint, the Court finds that it lacks the requisite subject matter jurisdiction to entertain this litigation.

Because these allegations are "totally implausible, attenuated, unsubstantial, frivolous, devoid of merit, or no longer open to discussion" the Court is without jurisdiction to adjudicate them. *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999); *see also Hagans v. Lavine*, 415 U.S. 528, 536-537 (1974).

Accordingly,

IT IS ORDERED that the complaint (ECF No. 1) is dismissed for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED that Preston's application to proceed without prepaying the filing fee (ECF No. 2) is denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court is directed to close the case.

Dated: April 21, 2026                    s/ Robert J. White
                                         Robert J. White
                                         United States District Judge

2